# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) David L. Risher LS8500
(Name of Plaintiff)   (Inmate Number)

660 State Route 11 Hunlock
(Address) Creek PA 18621

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) John Wetzel
(2) Vincent E. Mooney
(3) Dr. Stanley Stanish
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

(Case Number) 17-1659

CIVIL COMPLAINT

FILED
SCRANTON

SEP 1 4 2017

PER _____ DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

n/a

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? I used Grievance forms DC-804

2. What was the result? All were Denied for Various Reasons

D. If your answer to "B" is No, explain why not: N/A

## III. DEFENDANTS

(1) Name of first defendant: John Wetzel
Employed as Head of DOC. at ___
Mailing address: ___

(2) Name of second defendant: Vincent E. Mooney
Employed as Superintendent at SCI - Retreat
Mailing address: 660 State Route 11 Hunlock Creek, PA, 18621

(3) Name of third defendant: DR. Stanley Standish
Employed as Doctor at SCI - Retreat
Mailing address: 660 State Route 11, Hunlock Creek PA, 18621

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On 6/24/2017 I grievanced Mr. Wetzel because he was the last person to contact about my medical problem. He is the head of the

2

Extra paper for complaint

1. cont: I still have not heard back from secretary wetzel. The Grievance system stops at the top.

2. Vincent Mooney stated that my Grievance was denied on 6-18-17. Grievance No. 682656.

3. I am not getting any medical treatment at all. Doctor Stanish throws me out of the Doctors office because he is tired of me going to him on sick calls.

Department of corrections.

2. Vincent E. Mooney is the superintendent at SCI-Retreat. I grieved Doctor Standish about my hernia and the pain + discomfort I am in.

3. Dr. Standish will not send me for a second opinion and I am in a lot of pain. My hernia has grown to an enormous size. I can't even sleep well cause of the pain.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I am looking to have an operation to get rid of my hernia. I am in extreme pain.

2. I am looking to be paid for my pain and suffering.

3. I am looking for this not to happen to any other inmate. This is abuse.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___July___ day of __22_____, 20_12_.

_____
(Signature of Plaintiff)

4

David Risher
LS 8500
660 State Route 11
Hunlock Creek, 18621
Block DA-05-01

RECEIVED
SCRANTON
SEP 14 2017
PER _____ DEPUTY CLERK

INMATE MAIL-PA
DEPT. OF CORRECTIONS

Office c
United
Middle J
William
and U.S.
235 No
P.O. Box
Scranton